United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM TUYO,
Plaintiff,

v.

SWISSPORT USA, INC.,
Defendant.

Case No. 4:26-cv-04283-KAW

ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE

Dkt. No. 17

On August 18, 2026, the Court held a case management conference, where Defendant did not appear.

Accordingly, counsel for Defendant is ORDERED TO SHOW CAUSE, in writing, by no later than August 25, 2026, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: August 19, 2026

KANDIS A. WESTMORE
United States Magistrate Judge